# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**ANTHONY LAWS**                                                                **PLAINTIFF**

**V.**                                                                **CASE NO. 2:11-CV-48**

**DAVIDSON LADDERS, INC.,**
**DISCOUNT LUMBER & HARDWARE,**
**LOUISVILLE LADDER, INC.,**
**HARDWARE DISTRIBUTION WAREHOUSE, INC.**
**d/b/a HDW, INC., AND JOHN DOES 1-10**                                **DEFENDANTS**

## <u>ORDER OF REMAND</u>

In accordance with a Memorandum Opinion issued this day, it is hereby **ORDERED AND**

**ADJUDGED** that:

(1) The plaintiff's motion to remand [docket number 15] is **GRANTED**; accordingly,

(2) This case is hereby **REMANDED** to the Circuit Court for the First Judicial District of

Tallahatchie County, Mississippi from whence it came; and

(3) This case is **CLOSED** with the parties to bear their own costs.

**SO ORDERED** this the 6th day of January, A.D., 2012.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE