IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ANTHONY LAWS                                                                                          PLAINTIFF

V.                                                                                          CASE NO. 2:11-CV-48

DAVIDSON LADDERS, INC.,
DISCOUNT LUMBER & HARDWARE,
LOUISVILLE LADDER, INC.,
HARDWARE DISTRIBUTION WAREHOUSE, INC.
d/b/a HDW, INC., AND JOHN DOES 1-10                                                DEFENDANTS

## ORDER OF REMAND

In accordance with a Memorandum Opinion issued this day, it is hereby **ORDERED AND ADJUDGED** that:

(1) The plaintiff's motion to remand [docket number 15] is **GRANTED**; accordingly,

(2) This case is hereby **REMANDED** to the Circuit Court for the First Judicial District of Tallahatchie County, Mississippi from whence it came; and

(3) This case is **CLOSED** with the parties to bear their own costs.

**SO ORDERED** this the 6th day of January, A.D., 2012.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE